People of the State of Illinois, Plaintiff-Appellee, v.
Richard L. Mars (Impleaded), Defendant-Appellant.

Gen. No. 51,745.

First District, Second Division.

February 10, 1967.

Arthur A. Malinowski, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert Novelle, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.